BEFORE THE THIRD DIVISION, DECEMBER 12, 1938

**No. 40065.**—Protest 900190–G of Winograd Bros., Inc. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claims made. It was therefore overruled.

**No. 40066.**—Protest 924883–G of Guzofsky Kalinsky, Inc. (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claims made. It was therefore overruled.

**No. 40067.**—Petitions 5663–R, etc., of F. W. Myers & Co., Inc. (Detroit).

Opinion by CLINE, J. The petitions were dismissed, having been formally abandoned.